**DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a party plaintiff in the above-referenced FLSA opt-in collective action.

3. I was employed by Handy Wash, Inc., Zuni Transportation, Inc., and Jorge Azor from 2008 to March 24, 2013.

4. I was not paid overtime wages for all of the time that I worked.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 1-28-14

Firma: [signature]

Printed Name: MARIA B PEON

9130 S. Dadeland Blvd., Suite 1500, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

## DECLARACIÓN Y AVISO

De conformidad con 28 USC § 1746, por la presente hacer la siguiente declaración:

1. Soy mayor de 18 años de edad y soy capaz que hacer esta declaracion. Esta declaracion es basada en mis conocimientos personales.

2. De conformidad con 29 U.S.C. §216(b), doy mi consentiemiento para ejercer como demandante en esta accion colectiva de optar bajo FLSA.

3. Estuve empleado por Handy Wash, Inc., Zuni Transportation, Inc., y Jorge Azor desde 2008 hasta el 24 de marzo 2013.

4. No se pagó por horas extras para todo el tiempo que trabajé.

Declaro bajo penalidad de perjurio que lo antecedente es verdad y correcto.

Fecha 1-28-14 Firma: Maria B Peña

Nombre: MARIA B PEÑA